474

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* WALTER J. CROSBY, Petitioner-Appellant.

(No. 58015; ▮▮▮▮▮▮▮▮

First District (2nd Division)—April 17, 1973.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.